UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES F. WARREN,

             Petitioner,                                      **JUDGMENT**
                                                                     06-CV-1423 (RRM)

   - against -

GLENN GOORD, COMMISSIONER,
NEW YORK DOCS,

            Respondent.
-----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

     A Memorandum and Order having been filed this day denying the petition for a writ of habeas corpus, denying a certificate of appealability, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

     **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is dismissed; that a certificate of appealability is denied; and that this case is hereby closed.

     The Clerk of Court is directed to transmit a copy of this Judgment, and the accompanying Memorandum and Order, to petitioner.


Dated: Brooklyn, New York
         March 28, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

1