UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES F. WARREN,

               Petitioner,                          **JUDGMENT**
                                                                           06-CV-1423 (RRM)

    - against -

GLENN GOORD, COMMISSIONER,
NEW YORK DOCS,

               Respondent.
-----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order having been filed this day denying the petition for a writ of habeas corpus, denying a certificate of appealability, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is dismissed; that a certificate of appealability is denied; and that this case is hereby closed.

      The Clerk of Court is directed to transmit a copy of this Judgment, and the accompanying Memorandum and Order, to petitioner.


Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       March 28, 2013                             _____
                                                     ROSLYNN R. MAUSKOPF
                                                       United States District Judge